**Order entered October 27, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00545-CV

## IN THE INTEREST OF O.T.F. AND R.A.T., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-06650**

## ORDER

Before the Court is court reporter LaToya R. Young's October 24, 2022 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than October 31, 2022. *See* TEX. R. APP. P. 4.1.

We note the reporter's record was first due July 11, 2022. Accordingly, *we caution Ms. Young that failure to file the record may result in an order that she not sit as a court reporter until the record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Young; and, the parties.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE